CHARLES H. MOTTIER (Illinois Bar No. 6180345)
*cmottier@leydig.com*
BRETT A. HESTERBERG (Illinois Bar No. 6187619)
*bhesterberg@leydig.com*
WESLEY O. MUELLER (Illinois Bar No. 6199650)
*wmueller@leydig.com*
AARON R. FEIGELSON (Illinois Bar No. 6279091)
*afeigelson@leydig.com*
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

HARRY NELSON (SBN 219269)
FENTON NELSON, LLP
11835 W. Olympic Blvd., Ste 925
Los Angeles, CA 90064-5001
Telephone: (310) 444-5244
Facsimile: (310) 444-5280
*harry@fentonnelson.com*

Attorneys for Defendant, Morrisey Associates, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDVERSANT TECHNOLOGIES, L.L.C.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORRISEY ASSOCIATES, INC.,<br>　　　　Defendant | CASE NO. 09-CV-5031 MMM (FFM)<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Judge: Margaret M. Morrow |

The Parties to the above action have agreed to settle all pending claims and counterclaims. Therefore, pursuant to Rule 41(a)(1)(A)(ii) and 41(c), Fed.R.Civ.P., the Parties stipulate to a dismissal with prejudice of all claims and counterclaims, up to the date of this stipulation, that were brought by the Parties in the above action.

The parties have settled their dispute by way of a Settlement Agreement, and request that the court retain jurisdiction for purposes of enforcing the settlement agreement or resolving any disputes thereunder.

Each Party shall bear its own attorneys fees and costs.

A proposed Order of Dismissal is attached.

Dated this 27th day of October, 2011.

By:  /s/Robert T. Razzano
MICHAEL R. MATTHIAS
KEVIN W. KIRSCH
JOHN W. BENNETT
MATTHEW P. HAYDEN
DAVID A. MACINO
CHRISTINA J. MOSER
ROBERT T. RAZZANO
SCOTT R. STANLEY
BAKER & HOSTETLER LLP

GARY DUKARICH
PATRICK J. ORMÉ
S. ART HASAN
CHRISTIE, PARKER & HALE, LLP

Attorneys for Plaintiff

By:  /s/Aaron R. Feigelson
CHARLES H. MOTTIER
BRETT A. HESTERBERG
WESLEY O. MUELLER
AARON R. FEIGELSON
LEYDIG, VOIT & MAYER, LTD.

HARRY NELSON
FENTON NELSON, LLP

Attorneys for Defendant

**STIPULATION OF DISMISSAL**