JS-6
E-Filed: 11.2.11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDVERSANT TECHNOLOGIES, L.L.C.,<br><br>    Plaintiff,<br><br>    v.<br><br><br>MORRISEY ASSOCIATES, INC.,<br>    Defendant | CASE NO. 09-CV-5031 MMM (FFM)<br><br>**ORDER OF DISMISSAL**<br><br><br>Judge: Margaret M. Morrow |

**ORDER OF DISMISSAL**

WHEREAS, certain issues have been raised by the complaint and counterclaim in this consolidated matter;

WHEREAS, the parties hereto have compromised and resolved their differences, and the parties have entered into a Settlement Agreement dated October 26, 2011, settling the issues before this Court and, by and through their attorneys, and pursuant to that agreement, have agreed that the complaint and counterclaim herein be dismissed with prejudice, with each party bearing its own costs and attorney fees; and

WHEREAS, the Court has considered the pleadings and other matters of record.

NOW, THEREFORE, IT IS HEREBY ordered that plaintiff's complaint and defendant's counterclaim, up to the date of this Order, be, and the same hereby are, dismissed with prejudice, with each party to bear its own attorneys fees and costs.

The Court shall retain jurisdiction for enforcing the Settlement Agreement entered into between the parties.

Dated: November 2, 2011

By: *Margaret M. Morrow*
Margaret M. Morrow
United States District Judge

**ORDER OF DISMISSAL**