William E. Thomson, Jr.
wthomson@brookskushman.com
Brooks Kushman P.C.
6701 Center Drive West, Suite 610
(626) 826-2515

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Medversant Technologies, LLC <br><br> Plaintiff(s) <br><br> v. <br><br> Morrisey Associates, Inc. <br><br> Defendant(s). | CASE NUMBER <br><br> CASE NO. 09-CV-5031 MMM <br><br> **ATTORNEY SETTLEMENT OFFICER PROCEEDING REPORT** |

☑ A settlement proceeding was held on _____August 12, 2010*_____ and the results of that proceeding are indicated below:

1. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer attended and participated in the proceeding, and each possessed the requisite settlement authority:

    ☑ All individual parties and their respective trial counsel.

    ☐ Designated corporate representatives.

    ☐ Representatives of the party's insurer.

2. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer failed to appear and/or participate as ordered:

    The August 12, 2010 settlement conference was the first of many settlement discussions. Over the past 14+ months, I, as the Mediator, conducted numerous telephone conferences with counsel and also on occasions with counsel and principals for the parties. The settlement conferences concluded with an extensive video conference October 6, 2011, following which the principals for plaintiff and defendant met in person and agreed upon a basis for settlement. The case was formally dismissed by the Court by an Order of Dismissal issued November 2, 2011.

☐ A settlement proceeding did not take place because the case settled before the proceeding occurred.

3. The outcome of the proceeding was:

☑ **The case has been completely settled.** Immediately after the conclusion of the settlement proceeding, the attorney settlement officer advised the parties to notify the trial judge's deputy courtroom clerk of the fact of settlement and to promptly file documents regarding the final disposition of the case.

☐ **The case has been partially resolved** and the attorney settlement officer has advised the parties to file a joint stipulation regarding those claims which have been resolved. The following issues remain for this Court to resolve:

☐ **The proceeding was continued** with the consent of all parties and counsel. The rescheduled proceeding will be held on a date certain not later than the time requirements set forth in Local Rule 16-15.2. Any continuance beyond that time must be approved by the trial judge. Attorney Settlement Officer Proceeding Reports will be filed after additional proceedings are complete.

☐ **The parties are unable to reach an agreement at this time.**

Dated: November 3, 2011

_Signature of Attorney Settlement Officer_

William E. Thomson, Jr.
Name of Attorney Settlement Officer

Brooks Kushman P.C., 6701 Center Drive West, Suite 610
Mailing Address

Los Angeles, CA 90045
City, State and Zip Code

(626) 826-2515
Telephone Number

The Attorney Settlement Officer to electronically file original document.

ADR-03 (07/08)   **ATTORNEY SETTLEMENT OFFICER PROCEEDING REPORT**

PAGE 2 OF 2